FILED

APR 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50205 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-01004-MMM |
| v. | |
| WILLIAM HO, a.k.a. Mayan2012, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Submitted April 16, 2013[**]

Before:     CANBY, IKUTA, and WATFORD, Circuit Judges.

William Ho appeals from the district court's judgment and challenges the

lifetime term of supervised release imposed following his guilty-plea conviction

for conspiracy to advertise, transport, receive, distribute, solicit, and possess child

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

pornography, in violation of 18 U.S.C. § 2252A(a), (b)(1), (b)(2).  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Ho's counsel has filed a brief stating

that there are no grounds for relief, along with a motion to withdraw as counsel of

record.  We have provided Ho the opportunity to file a pro se supplemental brief.

No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on direct appeal as to Ho's

lifetime term of supervised release or the conditions of supervised release.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**